IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID L. WICKLINE,

    Plaintiff,

v.

UNITED MICRONESIA DEVELOPMENT ASSOCIATION, INC.,

    Defendant.

No. C 14-00192 SI

**ORDER GRANTING THE BANCHERO LAW FIRM'S MOTION TO SHORTEN TIME AND TO ENLARGE TIME**

On March 10, 2014, counsel for plaintiff, the Banchero Law Firm LLP, filed a motion: (1) to shorten the time for hearing its motion to withdraw as counsel; (2) to enlarge the time for plaintiff to file his opposition to defendant's motion to dismiss, transfer, or stay; and (3) to enlarge the time for plaintiff to file an amended complaint under Federal Rule of Civil Procedure 15(a)(1). Docket No. 13. For good cause shown, the Court GRANTS the Banchero Law Firm's motion and ORDERS as follows:

    1.    The Court SCHEDULES a hearing on the Banchero Law Firm's motion to withdraw for **Friday, March 21, 2014** at **9:00 a.m.** The Court ORDERS the Banchero Law Firm to provide plaintiff with a copy of the motion and this order by **March 12, 2014**. If plaintiff or any other party wishes to file an opposition to the Banchero Law Firm's motion to withdraw, he must do so by **Tuesday, March 18, 2014**.

    2.    The Court EXTENDS the time for plaintiff to file his opposition to defendant's motion to dismiss, transfer, or stay and to file an amended complaint under Rule 15(a)(1) to **Friday, April 4, 2014**. The Court will reschedule the hearing on defendant's motion to

dismiss, transfer, or stay and may grant plaintiff a further extension of time following the March 21, 2014 hearing on the motion to withdraw.

**IT IS SO ORDERED.**

Dated: March 11, 2014



_____
SUSAN ILLSTON
United States District Judge

2